UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| SHANTELLET BROOKS, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:CV-13-937 |
| | : | |
| v. | : | (Judge Kosik) |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : : : | |
| Defendant. | : | |

_____

## **ORDER**

AND NOW, THIS 13th DAY OF MAY, 2015, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Thomas M. Blewitt dated April 17, 2014 (Doc. 16) is **ADOPTED**;

(2) The decision of the Commissioner of Social Security denying Plaintiff's claims is **VACATED** and the above-captioned action is **REMANDED** to the Commissioner of Social Security for further proceedings; and

(3) The Clerk of Court is directed to **CLOSE** this case.

    s/Edwin M. Kosik
    Edwin M. Kosik
    United States District Judge